DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GREGORY LORENZO THORNTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D23-1119
_____

March 27, 2024

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Howard L. Dimmig, II, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Wendy Buffington, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, KELLY, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.